McGREGOR W. SCOTT
United States Attorney
EDMUND F. BRENNAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
DAVID L. NEGRI
United States Department of Justice
Environment & Natural Resources Division
161 East Mallard Drive, Suite A
Boise, Idaho 83706
Telephone: (208) 331-5943
Facsimile:  (208) 387-0842

Attorneys for Defendant United States Forest Service

SHARON DUGGAN, Local Counsel, CSB #105108
2070 Allston Way, Suite 300
Berkeley, CA  94704
Telephone: (510) 647-1904

MARIANNE DUGAN, *pro hac vice*
259 E. 5th Ave., Ste 200-D
Eugene, OR   97401-2677
Telephone: (541) 338-7072
Facsimile:  (541) 686-2137

Attorneys for Plaintiffs Environmental Protection and Information Center, Klamath Forest Alliance, and Klamath-Siskiyou Wildlands Center

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Civil No. CIV. S-03-1334 FCD DAD<br><br>**ORDER**<br>**REGARDING ATTORNEYS' FEES** |

1

WHEREAS Plaintiffs and Defendant have filed a "Stipulated Agreement Concerning Attorneys Fees," pursuant to which the Parties agreed that Defendant will pay Plaintiffs a lump sum total of $22,333.87 in full and complete satisfaction of any and all claims for attorneys' fees and costs of Plaintiffs for pursuing this litigation through the date of the Agreement, the Court hereby orders Defendant to pay Plaintiffs through counsel Marianne Dugan a lump sum of $22,333.87 in full and complete satisfaction of any claims for attorneys' fees and costs that Plaintiffs may have in this case through the date of the Agreement.

IT IS HEREBY ORDERED.

DATED: October 12, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

_____
David L. Negri
Attorney for the United States Forest Service

_____
Marianne Dugan, *pro hac vice*
Attorney for the Plaintiffs

s

Case 2:03-cv-01334-FCD-DAD   Document 54   Filed 10/12/05   Page 3 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on October 7, 2005, she served a copy of

**[PROPOSED] ORDER REGARDING ATTORNEYS' FEES**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addresses:

Marianne Dugan
259 E. 5th Ave., Ste 200-D
Eugene, OR   97401-2677
Telephone: (541) 338-7072
Facsimile:  (541) 686-2137

Sharon Duggan
2070 Allston Way, Suite 300
Berkeley, CA  94704

Brenna Bell
Klamath Siskiyou Wildlands Center
P.O. Box 332
Williams, OR 97544

_____
Monica C. Lee

3